UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JEREMY BRYAN BARNEY,<br><br>                    Plaintiff,<br><br>v.<br><br>SMITHS et al.,<br><br>                    Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br><br>Case No. 2:21-CV-231 TC<br><br>District Judge Tena Campbell |

Plaintiff, Jeremy Bryan Barney, filed a civil complaint. (ECF No. 6.) On October 5, 2021, the Court ordered Plaintiff to, within thirty days, notify the Court as to whether he is still a prisoner or file a nonprisoner *in forma pauperis* (IFP) application. (ECF No. 9.) He has since neither responded to the Court's order nor filed an updated IFP application. Indeed, the Court has not heard from Plaintiff in nearly eleven weeks. (ECF No. 8.)

IT IS THEREFORE ORDERED that--for failure to prosecute, D. Utah Civ. R. 41-2 (dismissal for failure to prosecute)--Plaintiff's complaint is DISMISSED without prejudice.

DATED this 6th day of December, 2021.

BY THE COURT:

_Tena Campbell_
_____
JUDGE TENA CAMPBELL
United States District Court